### DAY *v.* THE STATE.

COBB, J.   The evidence authorized the verdict, and there was no error requiring the granting of a new trial.

*Judgment affirmed.   By five Justices.*

Argued January 19,—Decided February 7, 1903.

Conviction of involuntary manslaughter.   Before Judge Felton. Houston superior court.   November 26, 1902.

*John R. Cooper* and *Louis L. Brown*, for plaintiff in error. *William Brunson, solicitor-general*, contra.